IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
MAY 26 2005
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

DOCTORS HEALTH GROUP, ET AL                                    Plaintiffs

vs.                                    3:04-CV-55 JMM

TRAVELERS LIFE & ANNUITY                                       Defendant

## ORDER OF DISMISSAL

The Court has been advised by counsel that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice. The Court retains complete jurisdiction for _30_ days to vacate this order and to reopen the action if it is satisfactorily shown that settlement has not been completed and further litigation is necessary. The parties may file any stipulation or settlement agreement within the above stated time.

IT IS FURTHER ORDERED that all pending motions are denied as being moot.

Dated this _24th_ day of May, 2005.

_____
UNITED STATES DISTRICT JUDGE

THIS DOCUMENT ENTERED ON
DOCKET SHEET IN COMPLIANCE
WITH RULE 58 AND/OR 79(a) FRCP
ON _5-26-05_ BY _MKS_

16

F I L E   C O P Y

mf

UNITED STATES DISTRICT COURT
Eastern District of Arkansas
U.S. Court House
600 West Capitol, Suite 402
Little Rock, Arkansas 72201-3325

May 26, 2005

* * MAILING CERTIFICATE OF CLERK * *

Re:   3:04-cv-00055.

True and correct copies of the attached were mailed by the clerk to the following:

    Ralph W. Waddell, Esq.
    Barrett & Deacon
    Union Planters Bank Building
    300 South Church Street
    Post Office Box 1700
    Jonesboro, AR   72403-1700

    Andy L. Adams, Esq.
    Barrett & Deacon
    Union Planters Bank Building
    300 South Church Street
    Post Office Box 1700
    Jonesboro, AR   72403-1700

    Kristine Gerhard Baker, Esq.
    Quattlebaum, Grooms, Tull & Burrow PLLC
    111 Center Street
    Suite 1900
    Little Rock, AR   72201-3325

James W. McCormack, Clerk

Date:  5-26-05

BY: [signature]